FILED
2018 Aug-03 PM 04:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RONAKKUMAR PATEL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:18-cv-00876-ACA-HNJ |
| | ) |
| SCOTT HASSELL, Warden, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed August 1, 2018. (Doc. 8). In the motion, Respondents note Petitioner was removed from the United States to India on July 31, 2018. (Doc. 8-1). Because Petitioner is no longer in custody, Respondents contend this case is due to be dismissed as moot.

On June 7, 2018, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to India. (Doc. 1). Because Petitioner has been removed, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Soliman v. United States,* 296 F.3d 1237, 1242-43 (11th Cir. 2002) (once a habeas petitioner is no longer detained, "no order . . . requiring [his] release into the community awaiting his final removal

order could have any effect"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F.Supp.2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** and **ORDERED** this August 3, 2018.

_____
 **ANNEMARIE CARNEY AXON**
 UNITED STATES DISTRICT JUDGE